UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14039-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

MICHAEL ANGELO ARIAS,

    Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued September 10, 2007 [238]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation [238] is hereby **ADOPTED**. The defendant Michael Angelo Arias is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this _9th_ day of October, 2007.

                        K. MICHAEL MOORE
                        UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record